| AO-10 Rev. 1/91 | **FINANCIAL DISCLOSURE REPORT** | Report Required by the Ethics Reform Act of 1989. Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111) |

| 1. Person Reporting (Last name, first, middle initial)  Schall, Alvin A. | 2. Court or Organization  United States Court of Appeals for the Federal Circuit | 3. Date of Report  03/03/92 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)  Active Judge, United States Court of Appeals for the Federal Circuit | 5. Report Type (check appropriate type)  X  Nomination, Date 03/03/92  ___ Initial  ___ Annual  ___ Final | 6. Reporting Period  01/91-02/92 |

7. Chambers or Office Address
Office of the Attorney General, U.S. Department of Justice
10th Street & Constitution Avenue, N.W.
Washington, D.C.  20530

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions) | |
| Trustee (one of two) | Alvin Untermyer Estate, Alvin A. Schall Trust  Alvin Untermyer Estate, Pamela S. Street Trust |
| Executor (one of three) | Estate of M. Paul LeBlanc, Jr. |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [X] NONE (No reportable non-investment income) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| FINANCIAL DISCLOSURE REPORT (con't) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Alvin A. Schall | 03/03/92 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements or gifts) | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [X] NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [X] NONE (No reportable liabilities) | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000   N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

Name of Person Reporting: Schall, Alvin A.

Date of Report: 03/03/92

## VII. INVESTMENTS and TRUSTS – Income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) PERSONAL HOLDINGS | | | | | | | | | |
| 1 Anheuser Busch Cos., Inc. Common Stock | B | div. | K | T | | | | | |
| 2 Capital Cities/ABC, Inc. Common Stock | A | div. | K | T | | | | | |
| 3 Eli Lilly, Inc. Common Stock | A | div. | J | T | Sell | 2/14/92 | K | A | Market sale |
| 4 Exxon Corp. Common Stock | B | div. | K | T | | | | | |
| 5 Flight Safety International, Inc. Common Stock | A | div. | J | T | | | | | |
| 6 General Electric Co. Common Stock | A | div. | K | T | Sell | 5/24/91 | J | C | Market sale |
| 7 General Mills, Inc. Common Stock | A | div. | K | T | | | | | |
| 8 J.P. Morgan & Co. Common Stock | B | div. | K | T | | | | | |
| 9 Merck & Co., Inc. Common Stock | A | div. | K | T | | | | | |
| 10 National Health Labs., Inc. Common Stock | A | div. | K | T | Buy | 5/24/91 | K | -- | Market purchase |
| 11 Minnesota Mining & Manufacturing Co., Inc. | | | | | | | | | |
| 12 Common Stock | B | div. | K | T | | | | | |
| 13 Motorola, Inc. Common Stock | A | div. | K | T | | | | | |
| 14 Pepsico, Inc. Common Stock | A | div. | K | T | | | | | |
| 15 Philip Morris Cos., Inc. Common Stock | B | div. | K | T | | | | | |
| 16 R.R. Donnelly & Sons Co. Common Stock | A | div. | K | T | | | | | |
| 17 Scudder Development Fund (Mutual Fund) Common Stock | A | div. | L | T | | | | | |
| 18 Scudder GNMA Fund (Mutual Bond Fund) Common Stock | C | div. | K | T | | | | | |
| 19 Scudder New Asia Fund (Mutual Fund) Common Stock | A | div. | K | T | | | | | |
| 20 Scudder Short Term Bond Fund (Money Market Acct.) | C | int. | K | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000
(See Col. B1 & D4)  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000
2 Value Codes:  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
(See Col. C1 & D3)  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000
3 Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Name of Report |
|---|---|---|
| | Schall, Alvin A. | 03/03/92 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset (by placing the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (div., rent or int.) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month- Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| PERSONAL HOLDINGS | | | | | | | | | | |
| 1 Telecommunications Co., Inc. Convertible Debentures | B | int. | J | T | | | | | | |
| 2 Toys R Us, Inc. Common Stock | A | div. | K | T | | | | | | |
| 3 Waste Management, Inc. Common Stock | A | div. | J | T | | | | | | |
| 4 Maryland State Health and Higher Education | | | | | | | | | | |
| 5 Facilities Bonds | C | int. | K | T | | | | | | |
| 6 Washington Suburban Sanitary District | | | | | | | | | | |
| 7 (Maryland) Bonds | C | int. | K | T | | | | | | |
| 8 9.125% United States Treasury Notes | C | int. | J | T | redemp- tion | 9/30/ 91 | K | A | Market transaction | |
| 9 9.00% United States Treasury Notes | C | int. | K | T | | | | | | |
| 10 8.75% United States Treasury Notes | C | int. | K | T | | | | | | |
| 11 Scudder Managed Cash Fund | C | int. | K | T | | | | | | |
| 12 Home Depot, Inc. Convertible Debentures | A | int. | K | T | purchase | 1/29/ 92 | K | -- | Market purchase | |
| 13 Scudder Short Term Bond Fund (Money Market | | | | | | | | | | |
| 14 Account) (J) | A | int. | J | T | | | | | | |
| 15 Scudder Cash Investment Trust (Money Market | | | | | | | | | | |
| 16 Account) (Individual Retirement Account of | | | | | | | | | | |
| 17 Alvin A. Schall) | B | int. | K | T | | | | | | |
| 18 Scudder Cash Investment Trust (Money Market | | | | | | | | | | |
| 19 Account) (Individual Retirement Account of | | | | | | | | | | |
| 20 Sharon L. Schall) (S) | A | int. | J | T | | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4) A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to 5,000  D=$5,001 to $15,000  E=$15,001 to $50,000  F=$50,000 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000
2 Value Codes: (See Col. C1 & D3) J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000  N=$250,000 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000
3 Value Method Codes: (See Col. C2) Q=Appraisal  U=Book Value  R=Cost (real estate only)  V=Other  S=Assessment  W=Estimated  T=Cash/Market

Digitized by Google


| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Schall, Alvin A. | 03/03/92 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Scudder Cash Investment Trust (Money Market | | | | | | | | | |
| 2 Account) (Alvin A. Schall and Sharon L. Schall, | | | | | | | | | |
| 3 Joint Tenants) (J) | A | int. | J | T | | | | | |
| 4 Great Horn Mining Syndicate Common Stock | A | div. | J | T | | | | | |
| 5 Edgartown Water Co. Common Stock | A | div. | J | H | | | | | |
| 6 Abbott Laboratories, Inc. Common Stock | A | div. | K | T | purchase | 2/14/92 | K | -- | Market purchase |
| 7 Gordon W. Schall Trust for the Benefit of Alvin A. | | | | | | | | | |
| 8 Schall, et al. (Trust established by my father. | | | | | | | | | |
| 9 I share the income with my sister: Bankers Trust Co. | | | | | | | | | |
| 10 is the trustee.) | | | | | | | | | |
| 11 International Business Machines Corp. | | | | | | | | | |
| 12 Common Stock | A | div. | J | T | | | | | |
| 13 Bankers Trust Co. Capital Growth Fund (Widely | | | | | | | | | |
| 14 Diversified Commingled Common Stock Trust Fund) | C | div. | L | T | sell | 1/2/91 | J | A | Bankers Trust Co. Capital Growth |
| 15 | | | | | | | | | Fund |
| 16 Bankers Trust Co. Special Opportunity Fund (Widely | | | | | | | | | |
| 17 Diversified Commingled Common Stock Trust Fund) | A | div. | J | T | | | | | |
| 18 | | | | | | | | | |
| 19 Bankers Trust Co. Tax-Free Income Fund (Widely | | | | | | | | | |
| 20 Diversified Commingled Tax-Free Securities Trust Fund) | C | div. | K | T | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less J=$15,001 to $50,000 | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to 5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value V=Other | R=Cost (real estate only) W=Estimated | S=Assessment | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Schall, Alvin A. | 03/03/92 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical for joint ownership of report-ing for individual and spouse "(J)" for separate ownership by spouse, "(S)" for ownership by dependent child "(DC)" Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Bankers Trust Co. Money Market Deposit Account | A | int. | J | T | | | | | |
| 2 | | | | | | | | | |
| 3 Alvin Untermyer Estate, Alvin A. Schall Trust | | | | | | | | | |
| 4 (Trust established under the will of my step- | | | | | | | | | |
| 5 grandfather. I receive | | | | | | | | | |
| 6 the income and am co- trustee with Bankers Trust | | | | | | | | | |
| 7 Co.) | | | | | | | | | |
| 8 American Express Co. Common Stock | A | div. | J | T | | | | | |
| 9 American Home Products Corp. Common Stock | A | div. | K | T | | | | | |
| 10 Amoco Corp. Common Stock | B | div. | K | T | | | | | |
| 11 International Business Machines Corp. | | | | | | | | | |
| 12 Common Stock | A | div. | J | T | sell | 1/17/92 | J | B | Market sale |
| 13 Raytheon Co. Common Stock | A | div. | K | T | | | | | |
| 14 R.R. Donnelley & Sons Co. Common Stock | A | div. | K | T | | | | | |
| 15 Scott Paper Co. Common Stock | A | div. | J | T | | | | | |
| 16 | | | | | | | | | |
| 17 Bankers Trust Co. Capital Growth Fund (Widely | | | | | | | | | |
| 18 Diversified Commingled Common Stock Trust Fund) | D | div. | N | T | sell | 3/31/91 | J | A | Bankers Trust Co. Capital Growth F |
| 19 " " " " " " | | | | | sell | 10/31/91 | I | A | " " |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to 5,000  D=$5,001 to $15,000
  (See Col. B1 & D4)  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000
2 Value Codes:  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
  (See Col. C1 & D3)  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000
3 Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
  (See Col. C2)  U=Book Value  V=Other  W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Date of Person Reporting | Date of Report |
|---|---|---|
| | Schall, Alvin A. | 03/03/92 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-37 of instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by self, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐  NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Bankers Trust Co. Tax-Free Income Fund (Widely | | | | | | | | | |
| 2 Diversified Commingled Tax-Free Securities Trust Fund) | D | div. | M | T | | | | | |
| 3 | | | | | | | | | |
| 4 Bankers Trust Co. Money Market Deposit Account | A | int. | J | T | | | | | |
| 5 | | | | | | | | | |
| 6 Kate Wills Untermyer Estate, Alvin A. Schall Trust | | | | | | | | | |
| 7 (Trust established under the will of my grandmother. | | | | | | | | | |
| 8 I receive the income. Bankers Trust Co. is the | | | | | | | | | |
| 9 trustee.) | | | | | | | | | |
| 10 Bankers Trust Co. Capital Growth Fund (Widely | | | | | | | | | |
| 11 Diversified Commingled Common Stock Trust Fund) | C | div. | M | T | sell | 3/31/91 | J | A | Bankers Trust Co. Capital Growth Fund |
| 12 | | | | | | | | | |
| 13 Bankers Trust Co. Special Opportunity Fund (Widely | | | | | | | | | |
| 14 Diversified Commingled Common Stock Trust Fund) | A | div. | J | T | | | | | |
| 15 | | | | | | | | | |
| 16 Bankers Trust Co. Tax-Free Income Fund (Widely | | | | | | | | | |
| 17 Diversified Commingled Tax-Free Securities Trust Fund) | C | div. | L | T | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to 5,000  D=$5,001 to $15,000
(See Col. B1 & D4)  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000
2 Value Codes:  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
(See Col. C1 & D3)  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000
3 Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Schall, Alvin A. | 03/03/92 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Alvin A. Schall_    Date _03/03/92_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

ALVIN A. SCHALL

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 68 | 000 | 00 | Notes payable to banks—secured | None | | |
| U.S. Government securities—add schedule 1 | 85 | 724 | 00 | Notes payable to banks—unsecured | None | | |
| Listed securities—add schedule 2 | 732 | 757 | 00 | Notes payable to relatives | None | | |
| Unlisted securities—add schedule 3 | 633 | 073 | 00 | Notes payable to others | None | | |
| Accounts and notes receivable: | | | | Accounts and bills due | None | | |
| Due from relatives and friends | None | | | Unpaid income tax | None | | |
| Due from others | None | | | Other unpaid tax and interest | None | | |
| Doubtful | None | | | Real estate mortgages payable—add schedule | None | | |
| Real estate owned—add schedule | 975 | 000 | 00 | Chattel mortgages and other liens payable | None | | |
| Real estate mortgages receivable | None | | | Other debts—itemize: | None | | |
| Autos and other personal property | 65 | 000 | 00 | | | | |
| Cash value—life insurance | None | | | | | | |
| Other assets—Itemize: Individual Retirement Acct. | 33 | 008 | 00 | | | | |
| Individual Retirement Acct. (spouse) | 18 | 000 | 00 | Total liabilities | -0- | | |
| | | | | Net worth | $2,726 | 562 | 00 |
| Total assets | $2,726 | 562 | 00 | Total liabilities and net worth | $2,726 | 562 | 00 |

| CONTINGENT LIABILITIES | None | | | GENERAL INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | None | | | Are any assets pledged? (Add schedule.) | No | | |
| On leases or contracts | None | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | None | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | None | | | | | | |
| Other special debt | None | | | | | | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Schall, Alvin A. | 03/03/92 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Alvin A. Schall_   Date _03/03/92_

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:     Judicial Ethics Committee
                                                     Administrative Office of the
                                                     United States Courts
                                                     Washington, DC  20544

Digitized by Google

## FINANCIAL STATEMENT

### NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

ALVIN A. SCHALL

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 68 | 000 | 00 | Notes payable to banks—secured | None | | |
| U.S. Government securities—add schedule 1 | 85 | 724 | 00 | Notes payable to banks—unsecured | None | | |
| | | | | Notes payable to relatives | None | | |
| Listed securities—add schedule 2 | 782 | 707 | 00 | Notes payable to others | None | | |
| Unlisted securities—add schedule 3 | 699 | 123 | 00 | Accounts and bills due | None | | |
| Accounts and notes receivable: | | | | Unpaid income tax | None | | |
| Due from relatives and friends | None | | | Other unpaid tax and interest | None | | |
| Due from others | None | | | Real estate mortgages payable—add schedule | None | | |
| Doubtful | None | | | | | | |
| Real estate owned—add schedule 4 | 975 | 000 | 00 | Chattel mortgages and other liens payable | None | | |
| Real estate mortgages receivable | None | | | Other debts—itemize: | None | | |
| Autos and other personal property | 65 | 000 | 00 | | | | |
| Cash value—life insurance | None | | | | | | |
| Other assets—itemize: Individual Retirement Acct. | 33 | 008 | 00 | | | | |
| Individual Retirement Acct. (spouse) | 18 | 000 | 00 | Total liabilities | -0- | | |
| | | | | Net worth | $2,726 | 562 | 00 |
| Total assets | $2,726 | 562 | 00 | Total liabilities and net worth | $2,726 | 562 | 00 |

| CONTINGENT LIABILITIES | None | | | GENERAL INFORMATION | | |
|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | None | | | Are any assets pledged? (Add schedule.) | No | |
| On leases or contracts | None | | | Are you defendant in any suits or legal actions? | No | |
| Legal Claims | None | | | Have you ever taken bankruptcy? | No | |
| Provision for Federal Income Tax | None | | | | | |
| Other special debt | None | | | | | |

Digitized by Google

## ASSET SCHEDULES

### Schedule 1:  U.S. Government Securities  Value

United States 8.75% Treasury Notes
due 00/15/93 ......... $ 41,600

United States 9.00% Treasury Notes
due 05/15/98 ......... 44,124

Total  $ 85,724

### Schedule 2:  Listed Securities

| | |
|---|---|
| Abbott Laboratories, Inc. Common Stock | $ 15,406 |
| American Express Co. Common Stock | 5,518 |
| American Home Products Corp. Common Stock | 15,650 |
| Amoco Corp. Common Stock | 18,150 |
| Anheuser Busch Cos., Inc. Common Stock | 43,143 |
| Capital Cities/ABC, Inc. Common Stock | 25,905 |
| R.R. Donnelly & Sons Co. Common Stock | 45,225 |
| Exxon Corp. Common Stock | 39,586 |
| Flightsafety International, Inc. Common Stock | 13,000 |
| General Electric Co. Common Stock | 24,112 |
| General Mills Co. Common Stock | 27,400 |
| Home Depot, Inc. Convertible Debentures | 20,800 |
| International Business Machine Corp. Common Stock | 9,136 |
| Merck & Co. Common Stock | 29,250 |
| Minnesota Mining & Manufacturing Co. Common Stock | 23,437 |
| J.P. Morgan & Co. Common Stock | 42,588 |
| Philip Morris Co. Common Stock | 30,000 |
| Motorola, Inc. Common Stock | 20,250 |
| National Health Laboratories, Inc. Common Stock | 20,600 |
| Pepsico, Inc. Common Stock | 29,025 |
| Raytheon Co. Common Stock | 17,200 |
| Scott Paper Co. Common Stock | 12,037 |
| Tele-Communications Co., Inc. Convertible Debentures | 14,400 |
| Toys R Us, Inc. Common Stock | 21,560 |
| Waste Management, Inc. Common Stock | 13,050 |
| Scudder Development Fund (widely diversified, publicly traded mutual fund) Common Stock | 94,100 |

Digitized by Google